# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

155052(41)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                          SC: 155052
                                           COA: 334768
SHANE MICHAEL MOORE,                       St. Clair CC: 16-000731-FH
          Defendant-Appellant.
_____/

        On the order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The application will be accepted as timely filed if submitted on or before November 30, 2017.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2017

                                           Clerk